■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VENSEL HARDY, Appellant. [743 NYS2d 287] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered August 19, 1999, convicting him of robbery in the first degree, robbery in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court providently exercised its discretion in denying the defendant's application to reopen the *Wade* hearing (*see United States v Wade,* 388 US 218) based upon the People's failure to timely disclose the grand jury testimony of the complainant regarding a lineup identification (*see People v Clark,* 88 NY2d 552; *People v Brown,* 67 NY2d 555, *cert denied* 479 US 1093; CPL 710.40 [4]). We disagree with the defendant's contention that this testimony constituted *Brady* material (*see Brady v Maryland,* 373 US 83; *People v Chin,* 67 NY2d 22, 33). Even assuming that the testimony was *Brady* material, the failure to timely disclose does not warrant reversal since the testimony was disclosed during the jury voir dire, and the defendant had use of it for cross-examination purposes (*see People v Brown, supra; People v Ahmed,* 244 AD2d 415).

The defendant's remaining contention is without merit. Florio, J.P., O'Brien, McGinity and H. Miller, JJ., concur.